# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Allston  **Category No.** II  **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-mj-7096-JCB, 24-mj-7114-JCB
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

Defendant Name: Kyle Joyner  Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: 
Address: Nashua Street Jail (prior 63 Everett Street Allston, MA 02134)
Birth date (Yr only): 1984  SSN (last 4#): 2900  Sex: M  Race: white  Nationality: white

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Jessica L. Soto  Bar Number if applicable: 683145

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:** state custody
**Arrest Date:** 10/20/23

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at 10/20/23  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/6/2024  Signature of AUSA: *Jessica L. Soto*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kyle Joyner

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2251(a),(e) | Sexual Exploitation of Children | 1 |
| Set 2 | 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**